1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

9  ROBERT LEE FINLEY,

10       Petitioner,                          Case No. 3:09-CV-00097-LRH-(VPC)

11  vs.                                       **ORDER**

12  STATE OF NEVADA, et al.,

13       Respondents.

14

15       Respondents having submitted a Motion for Enlargement of Time (First Request) (#18), and

16  good cause appearing;

17       IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (First

18  Request) (#18) is **GRANTED**.  Respondents shall have through November 2, 2009, to file and

19  serve an answer or other response to the Amended Petition (#10).

20       DATED this 9th day of September, 2009.

21

22                                          _____
23                                          LARRY R. HICKS
                                            UNITED STATES DISTRICT JUDGE
24
25
26
27
28