# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT LEE FINLEY,

    Petitioner,

vs.

STATE OF NEVADA, et al.,

    Respondents.

Case No. 3:09-cv-00097-LRH-(VPC)

**ORDER**

Respondents having submitted a Motion for Enlargement of Time (Second Request) (#20), and good cause appearing;

IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (Second Request) (#20) is **GRANTED**. Respondents shall have through January 4, 2010, to file and serve an answer or other response to the Amended Petition (#10).

DATED this 3rd day of November, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE