# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT LEE FINLEY,

    Petitioner,

vs.

STATE OF NEVADA, et al.,

    Respondents.

Case No. 3:09-CV-00097-LRH-(VPC)

**ORDER**

    Respondents having submitted a Motion for Enlargement of Time (Third Request) (#22), and good cause appearing;

    IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (Third Request) (#22) is **GRANTED**.  Respondents shall have through February 3, 2010, to file and serve an answer or other response to the Amended Petition (#10).

    DATED this 8th day of January, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE