# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT LEE FINLEY,<br><br>    Petitioner,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>    Respondents. | Case No. 3:09-CV-00097-LRH-(VPC)<br><br>ORDER |

Respondents having submitted a Motion for Enlargement of Time (Fourth Request) (#25), and good cause appearing;

IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (Fourth Request) (#25) is **GRANTED**. Respondents shall have through February 10, 2010, to file and serve an answer or other response to the Amended Petition (#10).

DATED: February 4, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE